FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 2 o 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

                  -against-

STEVE CESPEDES,

           Defendant.
------------------------------X

ORDER FOR
REMISSION OF FINE

Criminal Docket
No. CR-88-0696

(Weinstein, J.)

      The court having considered the Petition for Remission of Fine filed by the United States of America, under the provisions of 18 U.S.C. Section 3573, in which the United States requests remission of the fine of $100,000.00 imposed on the defendant, STEVE CESPEDES, of which $99,750.00, plus interest, remains unpaid, and the court having determined that the Petition should be granted, it is therefore

      ORDERED that the unpaid fine imposed upon defendant, STEVE CESPEDES, shall be, and hereby is, REMITTED.

      DATED this 27 day of June, 2005.

HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

